Memorandum. The order of the Appellate Division should be reversed and the determination of the Workmen’s Compensation Board reinstated.
 

 Although there may have been some evidence to rebut the presumption of a work-connected injury (Workmen’s Compensation Law, § 21), there was no showing that the Workmen’s Compensation Board credited this proof or found that the presumption had been rebutted. In view of this the Appellate Division erred in holding that there was no proof to sustain the board’s finding because there was a continuing presumption of fact by virtue of the statute.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur.
 

 Order reversed, with costs, and the decision of the Workmen’s Compensation Board reinstated in a memorandum.